# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB 22 PM 1:54
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JERRELL EARL THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV411-300 |
| SHERIFF AL ST. LAWRENCE and OFFICER J. KENNY, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22 day of February, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA