# United States District Court
## Southern District of Georgia

Jerrell Earl Thompson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-300

Officer J. Kenny

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 3, 2013, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting defendant's Motion for Summary Judgment. This action stands closed.

June 3, 2013
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk